JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ISLAM BEKHOEV,
Petitioner,

v.

ERNESTO SANTACRUZ, JR., et al.,
Respondents.

Case No. 5:26-cv-03653-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

Date: July 28, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE